751 So.2d 163 (2000)
INVERNESS HEALTHCARE CENTER and CSSC Beverly Enterprises Unit, Appellants,
v.
Sharon L. COTE, Appellee.
No. 1D98-1609.
District Court of Appeal of Florida, First District.
February 4, 2000.
Donald D. Kaelber and Edwin Kravitz, Jr., of Dubbeld & Kaelber, P.A., St. Petersburg, for Appellants.
Brian J. Anthony of Hughes, Rardon, Rodriguez & Anthony, P.A., Tampa, for Appellee.
PER CURIAM.
In this workers' compensation case, Inverness Healthcare Center and CSSC Beverly Enterprises Unit appeal an order recalculating the offset under section 440.15(9)(a), Florida Statutes (1989). We affirm. City of Clearwater v. Acker, ___ So.2d ___, 1999 WL 1123401 (Fla. December 9, 1999); Cruise Constr. v. St. Remy, 704 So.2d 1100 (Fla. 1st DCA 1997); Alderman v. Florida Plastering, 748 So.2d 1038 (Fla. 1st DCA 1998), rev. granted, 732 So.2d 326 (Fla.1999); and Hunt v. Stratton, 677 So.2d 64, 67 (Fla. 1st DCA 1996).
AFFIRMED.
BOOTH, VAN NORTWICK AND PADOVANO, JJ., CONCUR.